## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE     **James R. Cho**                    DATE :   **5/14/25**

DOCKET NUMBER:   **25CR151(FB)**                    LOG#: **2:53 - 3:03**

DEFENDANT'S NAME :     **Corey McTaggart**

___✓___ Present          _____ Not Present          __✓__ Custody        _____ Bail

DEFENSE COUNSEL:     **Kyla Wells**

___✓___ Federal Defender          _____ CJA          _____ Retained

A.U.S.A:   **Vincent Chiappini**                    CLERK:   **Felix Chin**

INTERPRETER: _____          (Language) _____

Defendant arraigned on the: __✓__ indictment ____ superseding indictment ____ probation violation

__✓__ Defendant pleads NOT GUILTY to ALL counts.

_____ DETENTION HEARING Held.     __✓__     Defendant's first appearance.

_____ Bond set at _____.  Defendant ___ released ___ held pending
       satisfaction of bond conditions.

_____ Defendant advised of bond conditions set by the Court and signed the bond.

_____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

_____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody.  _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

__✓__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Order of Excludable Delay/Speedy Trial entered.  Start **5/14/25** Stop **6/12/25**

__✓__ Rule 5f warnings given to the govt. _____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

__✓__ Status conference set for **6/12/25** @ **2:30** before Judge **Block**

Other Rulings: _____

_____

_____

_____

_____