## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    **Peggy Kuo**                    DATE :    **5/19/25**

DOCKET NUMBER:    **25CR151(FB)**                    LOG#: **11:19 - 11:37**
                                                     **11:56 - 12:04**

DEFENDANT'S NAME :    **Corey McTaggart**
            _✓_ Present        ____ Not Present        _✓_ Custody    ____ Bail

DEFENSE COUNSEL:    **Kyla Wells**
            _✓_ Federal Defender        ____ CJA            ____ Retained

A.U.S.A:    **Sarah Elardo**                    CLERK:    **Felix Chin**

INTERPRETER:                                    (Language)

Defendant arraigned on the: ____ indictment ____ superseding indictment ____ probation violation

____ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.    _____ Defendant's first appearance.

_____ Bond set at _____. Defendant ___ released ___ held pending
            satisfaction of bond conditions.
_____ Defendant advised of bond conditions set by the Court and signed the bond.

_____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

_____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.    _____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail
            application / package. Order of detention entered with leave to reapply to a Magistrate
            or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay/Speedy Trial entered.  Start_____  Stop _____

_____ Rule 5f warnings given to the govt. _____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

_____ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Dfse counsel presented a bail application with
4 sureties; govt opposed; court denied the application.
Order of detention remains in effect.