# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Peggy Kuo | **DATE:** 6/30/2025 |

**CLERK:** D. Wright

| | |
|---|---|
| **DOCKET #:** 25 CR 151(FB) | **LOG TIME:** 2:53-3:04pm |

**DEFENDANTS NAME:** Corey McTaggart

| **x** Present | ___ Not Present | **x** Custody | ___ Bail |
|---|---|---|---|

**DEFENSE COUNSEL:** Kyla Wells

| ___ Court Appointed | **x** Federal Defender | ___ CJA | ___ Retained |
|---|---|---|---|

**A.U.S.A:**

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint ___ Indictment ___ Superseding Indictment ___ Probation Violation

| ___ Defendant pleads NOT GUILTY to ALL counts. | ___ Defendants first appearance. |
|---|---|
| ___ Government Agent Sworn | ___ Rule 5f warnings given to the govt. |
| ___ DETENTION HEARING Held. | ___ BAIL HEARING Held. |

__x__ Bond set at $ 200,000

**Defendant:** _x_ released ___ held pending satisfaction of bond conditions.

__x__ Defendant advised of bond conditions set by the Court and signed the bond.

__1__ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody. ____ Leave to reopen granted.

| ____ Order scheduling a Detention Hearing entered. | ____ Bail Hearing set for |
|---|---|
| ____ Preliminary Hearing set for | ____ Preliminary Hearing waived by defendant |

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| ____ Order of Excludable Delay/Speedy Trial entered. | Start Date: | End Date: |
|---|---|---|

| **Removal District:** | **Removal District Case Number:** |
|---|---|

____ Removal (Rule 5) Proceeding held.

| ____ Identity hearing held | **Court:** ____ Orders removal ____ Denies Removal |
|---|---|
| ____ Defendant waives Identity hearing | ____ Defendant waives Preliminary hearing |

____ No bail application presented to the court. Commitment to the District entered.

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

____ Status conference set for _/ /2025_ @ **am** before District Judge:

**Other Rulings:** AUSA not present for the government. Defense counsel present with the defendant; 1 surety present and signed the bond.