# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

September 26, 2025

By ECF and Email
The Honorable Frederick Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Cory McTaggart, 25-CR-151 (FB)

Dear Judge Block:

I write on behalf of Mr. Cory McTaggart, with the consent of Pretrial Services and the government, to request that the Court modify the conditions of Mr. McTaggart's release to allow him to attend a memorial service at a family member's home this evening from 6 pm to 9 pm. Mr. McTaggart's bond includes a home detention condition, and a court order is required to attend the event. The location of the event has been provided to Pretrial Services.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Kyla Wells
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7403
*Counsel for Cory McTaggart*

cc: all counsel of record (by ECF)