## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    Marcia M. Henry _____    DATE :  2/4/26 _____

DOCKET NUMBER:   25CR151(FB) _____    LOG#: 11:10 – 11:28 _____

DEFENDANT'S NAME :    Corey McTaggart _____
_____ Present    _✓_ Not Present    _____ Custody    _✓_ Bail

DEFENSE COUNSEL:    Kyla Wells _____
_✓_ Federal Defender    _____ CJA    _____ Retained

A.U.S.A:   Brooke Theodora _____    CLERK:   Felix Chin _____

INTERPRETER: _____    (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

____ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.    _____ Defendant's first appearance.

_____ Bond set at _____. Defendant ___ released ___ held pending
satisfaction of bond conditions.
_____ Defendant advised of bond conditions set by the Court and signed the bond.

_____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

_____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody.    _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail
application / package. Order of detention entered with leave to reapply to a Magistrate
or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop _____

_____ Rule 5f warnings given to the govt. _____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

_____ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Dft appeared by phone and instructed by the court of the possible consequences of not adhering to the bond modification request. Court granted the bond modification.