# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

May 25, 2026

<u>By ECF and Email</u>
The Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    <u>United States v. Cory McTaggart</u>, 25-CR-151 (FB)

Your Honor:

I write in brief reply to the government's opposition to Mr. McTaggart's request to attend a job interview in New York on May 27, 2026. Contrary to the assertion in the government's motion, Mr. McTaggart has made a concerted effort to comply with the conditions of his release. While his compliance has not been perfect, he has not been rearrested over the past year. Moreover, he has taken initiative to obtain employment and enroll in a G.E.D. class. Mr. McTaggart does not minimize the seriousness of his pretrial violations—he understands that they are serious. But just as the government asks this Court to consider his violations in deciding this motion, his accomplishments on pretrial release should also be weighed heavily.
.

Additionally, just a week ago, the government and Pretrial[1] took no position on Mr. McTaggart attending this interview, and it remains unclear what has changed to justify their recent opposition. Mr. McTaggart was actually concerned that the bus would not arrive in time for his 10:30am interview. After reviewing the bus schedule, I found that a bus departs Hartford, Connecticut, at 4:20am and arrives at Port Authority at 7:05am. The next bus departs too late to ensure timely arrival. Mr. McTaggart had legitimate concerns about what he could do in New York from 7:00am until his interview at 10:30am. He tried to contact me over the weekend, as the interview was scheduled for Monday, but I was unavailable. He then responsibly contacted his employer to reschedule, which is confirmed by an email from the employer that was provided to Pretrial and the government.

---

[1] Until the undersigned counsel filed the instant bond modification request, the parties were unaware that Pretrial Services in this District needed to be consulted rather than Pretrial Services in Connecticut, which is responsible for Mr. McTaggart's daily supervision. Numerous bond modification requests have been filed in the past, and no one from Pretrial in this District informed the parties of this protocol. This is why neither the government nor I consulted with Pretrial in this District before this or any other bond modification request was filed.

As discussed in my original motion, Mr. McTaggart is currently employed at a FedEx warehouse, working overnight shifts. Contrary to the unfounded assertion in the government's motion, Mr. McTaggart has faced significant difficulty in securing employment. He spent months applying for jobs before ultimately being offered a position at FedEx. Additionally, he secured a second job at a restaurant but was immediately dismissed after his employer saw his ankle monitor. Currently, he seeks employment closer to his children. He fully understands that obtaining such employment depends on the Court granting him permission to change his residence if he is offered the job. He is also aware that he must decline the offer if the Court does not permit his relocation.

Pretrial release conditions are imposed in order to assure that individuals appear in court when required and to protect against danger to the community. *See* 18 U.S.C. § 3142(c). Allowing Mr. McTaggart to attend a job interview to gain lawful employment does not compromise either purpose. To the contrary, it should be encouraged. Accordingly, there is no reasonable government interest that justifies denying Mr. McTaggart's request. Counsel for Mr. McTaggart respectfully requests that the Court modify his conditions of release accordingly.

Thank you for the Court's consideration.

Respectfully submitted,

/s/_____

Kyla Wells
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7403
*Counsel for Cory McTaggart*

cc: all counsel of record (by ECF)

2