BET
F. #2025R00146

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _X

UNITED STATES OF AMERICA

      - against -

COREY MCTAGGART,

          Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _X

ORDER ACCEPTING GUILTY PLEA

25-CR-151 (FB)

      Upon review of the transcript of the guilty plea that the defendant COREY MCTAGGART offered on April 14, 2026 before the Honorable Lara K. Eshkenazi, United States Magistrate Judge, in the above-captioned matter, this Court finds that the defendant pleaded guilty knowingly and voluntarily, and that a factual basis supports the defendant's plea.

      IT IS HEREBY ORDERED that the defendant's guilty plea offered on April 14, 2026 before Judge Eshkenazi is accepted.

Dated: Brooklyn, New York
         May 28      , 2026

         /S/ Frederic Block

         THE HONORABLE FREDERIC BLOCK
         UNITED STATES DISTRICT JUDGE
         EASTERN DISTRICT OF NEW YORK