# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

June 12, 2026

By ECF and Email
The Honorable Frederick Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Cory McTaggart, 25-CR-151 (FB)

Dear Judge Block:

Cory McTaggart is before the Court, charged by indictment with one count of Hobbs Act robbery conspiracy and one count of Hobbs Act robbery. Mr. McTaggart was released on bond on June 30, 2025. His current bond conditions include electronic monitoring with home detention. Counsel for Mr. McTaggart requests that the Court amend his bond conditions to allow him to attend two events for his children.

*First*, Mr. McTaggart requests permission to attend a graduation party for his children on June 13, 2026,  in Brooklyn, New York, from 6pm to 9pm and to help the host of the party clean up after the event. The location and details of the event have been provided to Pretrial Services. He also requests permission to stay overnight at the home of the family friend who is hosting the party—Ms. Raquel James—because he currently lives in Connecticut and it takes 3 to 4 hours to travel from the event back to Connecticut on public transportation. Ms. James has provided a letter to Pretrial Services requesting that Mr. McTaggart be permitted to help her clean up the venue after the event and granting permission for him to stay the night at her home. *Alternatively*, Mr. McTaggart requests permission to attend the party from 6pm to 9pm and for Pretrial to provide him with a schedule to return home by 1am, given the time it will take him to get home.

Pretrial Services objects "given his noncompliance with previously approved parties."[1] The government objects, subject to me or Pretrial Services providing additional information.

---

[1]    Most recently, Mr. McTaggart tested positive for marijuana—his first positive drug test in the nearly one year since he has been on Pretrial supervision. In addition, Mr. McTaggart recently received approval to spend the night at his girlfriend's house for his birthday and to be baptized. Mr. McTaggart stayed an extra night and did not attend the baptism because it was canceled. However, Mr. McTaggart stayed at his girlfriend's residence the entire time, and never left. I have spoken with Mr. McTaggart about this incident, and he understands that he should have communicated to Pretrial Services that the baptism had been canceled. He also understands

However, counsel provided the government and Pretrial Services with a flyer detailing the event's location and time, as well as a letter from the host of the party, which is usually sufficient. It is unclear what further information could be provided.

As such, Mr. McTaggart respectfully requests that the Court grant his request over their objection because failing to attend the graduation party will be upsetting to his children, who are 13 and 5 years old. In addition, their position ignores Mr. McTaggart's significant strides toward rehabilitation. Mr. McTaggart has made a concerted effort to get his life on track by obtaining employment. He has held a job with FedEx for the past several months, has enrolled in G.E.D. courses, and has avoided any further contact with the criminal justice system. Mr. McTaggart is not requesting to attend a social event for himself—he is requesting to attend an event for his young children, who will be devastated if their father cannot attend. Moreover, Mr. McTaggart is subject to stringent release conditions, including electronic location monitoring, that would allow Pretrial Services to ensure that Mr. McTaggart abides by the parameters of the Court's order.

Notably, the Court has granted several bond modifications in the past, including allowing Mr. McTaggart to stay overnight to perform handyman work for Ms. James, the host of the graduation party, and Mr. McTaggart abided by the conditions of his release. Mr. McTaggart was also granted permission to spend the Christmas holidays with his partner and her children in New Jersey, and he also abided by the conditions of his release on that occasion.

*Second*, Mr. McTaggart requests permission to attend his son's graduation party on June 24, 2026. The location and details have been provided to Pretrial, who consents. The government takes no position. Accordingly, we request that the Court permit Mr. McTaggart to attend the graduation.

---

the seriousness of staying at his girlfriend's home for an extra night that was not approved by the Court and knows that his actions cannot be repeated.

Additionally, Pretrial Services contacted the undersigned counsel a few months ago because Mr. McTaggart sometimes notifies them of his work schedule at the last minute. Mr. McTaggart is required to upload his work schedules only on Mondays and Thursdays by 2 pm. Recently, he uploaded his schedule in advance of when he had to go to work, but outside of the required hours, and he went to work anyway for fear of being fired. I have since spoken to Mr. McTaggart about the importance of uploading his schedules on time, and he understands the importance of doing so. No violation memorandum was filed in connection with this issue.

On December 4, 2025, and December 5, 2025, Mr. McTaggart made a number of unauthorized stops (fast food restaurants, stores, etc.) on his way to and from doctors' appointments. Pretrial Services confirmed that he did, in fact, attend his doctor's appointments, and Mr. McTaggart now understands that these sorts of unauthorized stops are unacceptable, and he has committed no such violations since. **Apart from these incidents, Mr. McTaggart has abided by the conditions of his release.**

2

Pretrial release conditions are imposed in order to assure that individuals appear in court when required and to protect against danger to the community. *See* 18 U.S.C. § 3142(c). Allowing Mr. McTaggart to attend events for his children's graduation does not compromise either purpose. Accordingly, there is no reasonable government interest that justifies denying Mr. McTaggart's request. Counsel for Mr. McTaggart respectfully requests that the Court modify his conditions of release accordingly.

Thank you for the Court's consideration.

Respectfully submitted,

/s/
Kyla Wells
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7403
*Counsel for Cory McTaggart*

cc: all counsel of record (by ECF)