# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

July 1, 2026

By ECF and Email
The Honorable Frederick Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Cory McTaggart, 25-CR-151 (FB)

Dear Judge Block:

Cory McTaggart is before the Court, charged by indictment with one count of Hobbs Act robbery conspiracy and one count of Hobbs Act robbery. Mr. McTaggart was released on bond on June 30, 2025. His current bond conditions include electronic monitoring with home detention. Counsel for Mr. McTaggart requests that the Court amend his bond conditions to allow him to pick up his children in Queens and to spend the Fourth of July weekend with his children, partner, and stepchildren in Jersey City, New Jersey.

Mr. McTaggart has three children: a 12-year-old son who resides in Atlanta, a 5-year-old daughter in Queens, and a 13-year-old son in Queens. His son from Atlanta recently flew here and will be staying with Corey in Hartford, Connecticut, for the next couple of weeks. He would like all three of his children to spend time together for the first time. His children in Queens have never met his son from Atlanta. To facilitate this, Mr. McTaggart would like to spend the holiday weekend with his children and partner in Jersey City, New Jersey, along with her children, who consider him their stepfather. Specifically, Mr. McTaggart requests the following:

*First*, Mr. McTaggart requests permission to travel by public transportation to his partner's home in New Jersey on July 3, 2026, where he will stay overnight. He then requests permission to travel by public transportation to Queens, New York, to pick up his other two children and take them back to New Jersey. Mr. McTaggart requests to travel to New Jersey on July 3 rather than July 4 because he will be traveling with a minor on public transportation during a holiday weekend, and it will be easier to break up the trip rather than go from Connecticut to Queens and then to Jersey City on the same day, as it takes 3-4 hours to travel from Hartford, Connecticut, to Queens, New York by public transportation. The relevant addresses in Queens and New Jersey have been provided to Pretrial Services.

*Alternatively*, Mr. McTaggart requests permission to travel to Queens on July 4 to pick up his children, then proceed directly to New Jersey.

*Second*, Mr. McTaggart requests permission to attend church with his family at the Rock Place Church in Newark, New Jersey, on July 5, 2026. After the service, Mr. McTaggart will return to Hartford, Connecticut. The time and location of the service have been provided to Pretrial Services.

Pretrial Services objects, consistent with its previous position on similar requests, and will not consent to overnight travel. The government also opposes this request due to Mr. McTaggart's prior noncompliance.[1] However, Mr. McTaggart respectfully requests that the Court grant his request over their objection because it has been very difficult for Mr. McTaggart to spend time with his children since he has been on home detention and designated to reside in Connecticut, which is quite far from where his children live. Prior to this arrest, Mr. McTaggart lived in Jersey City, New Jersey, with his current partner, and was able to see his children on a regular basis. In addition, his young children will be disappointed, as they are looking forward to spending the weekend with their father, siblings, and stepsiblings.

---

[1] Most recently, Mr. McTaggart tested positive for marijuana—his first positive drug test in the nearly one year since he has been on Pretrial supervision. In addition, Mr. McTaggart recently received approval to spend the night at his girlfriend's house for his birthday and to be baptized. Mr. McTaggart stayed an extra night and did not attend the baptism because it was canceled. However, Mr. McTaggart stayed at his girlfriend's residence the entire time and never left. I have spoken with Mr. McTaggart about this incident, and he understands that he should have communicated to Pretrial Services that the baptism had been canceled. He also understands the seriousness of staying at his girlfriend's home for an extra night that was not approved by the Court and knows that his actions cannot be repeated. Indeed, the Court granted Mr. McTaggart's request for an overnight stay subsequent to this incident, and he abided by the conditions of his release.

Additionally, Pretrial Services contacted the undersigned counsel several months ago because Mr. McTaggart sometimes notifies them of his work schedule at the last minute. Mr. McTaggart is required to upload his work schedules only on Mondays and Thursdays by 2 pm. Around March 27, 2026, he uploaded his schedule in advance of when he had to go to work, but outside of the required hours, and he went to work anyway for fear of being fired. I have since spoken to Mr. McTaggart about the importance of uploading his schedules on time, and he understands the importance of doing so. No violation memorandum was filed in connection with this issue.

On December 4, 2025, and December 5, 2025, Mr. McTaggart made a number of unauthorized stops (fast food restaurants, stores, etc.) on his way to and from doctors' appointments. Pretrial Services confirmed that he did, in fact, attend his doctor's appointments, and Mr. McTaggart now understands that these sorts of unauthorized stops are unacceptable, and he has committed no such violations since. **Apart from these incidents, Mr. McTaggart has abided by the conditions of his release.**

In addition, their position ignores Mr. McTaggart's significant strides toward rehabilitation. Mr. McTaggart has made a concerted effort to get his life on track by obtaining employment. He has held a job with FedEx since November 2025, has enrolled in G.E.D. courses, and has avoided any further contact with the criminal justice system. Moreover, Mr. McTaggart is subject to stringent release conditions, including electronic location monitoring, that would allow Pretrial Services to ensure that Mr. McTaggart abides by the parameters of the Court's order.

Notably, the Court has granted several bond modifications in the past, including allowing Mr. McTaggart to stay overnight to perform handyman work for a family friend and, most recently, to stay overnight at a family friend's home in Brooklyn to celebrate his children's graduation. Mr. McTaggart was also granted permission to spend the Christmas holidays with his partner and her children in New Jersey. He complied with the conditions of his release on each occasion.

Pretrial release conditions are imposed in order to assure that individuals appear in court when required and to protect against danger to the community. *See* 18 U.S.C. § 3142(c). Allowing Mr. McTaggart to spend a holiday weekend with his children does not compromise either purpose. Accordingly, there is no reasonable government interest that justifies denying Mr. McTaggart's request. Counsel for Mr. McTaggart respectfully requests that the Court modify his conditions of release accordingly.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ _____
Kyla Wells
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7403
*Counsel for Cory McTaggart*

cc: all counsel of record (by ECF)

3